\*\*E-Filed 7/8/2010\*\*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| ALI FOROUTAN, | Case Number C 10-2411 JF |
| Petitioner, | ORDER TO SHOW CAUSE |
| v. | |
| WARDEN DOMINGO URIBE, JR., | |
| Respondent. | |

Petitioner, a state prisoner currently incarcerated at the California State Prison, Centinela, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner is represented by counsel. Venue is proper because Petitioner was convicted and sentenced in the Marin County Superior Court. *See* 28 U.S.C. § 2241(d) (providing that venue is proper in either the district in which the petitioner was convicted and sentenced or the district in which the petitioner is incarcerated).

IT IS ORDERED as follows:

(1) The Clerk of the Court shall serve a copy of the petition and a copy of this order upon counsel for Respondent, the Attorney General of the State of California. The Clerk of the Court also shall serve a copy of this Order upon counsel for Petitioner, Michael Stone Romano and Nicholas Xenakis.

(2) Respondent shall, within sixty (60) days after receiving this order, file and serve upon Petitioner's counsel an answer conforming in all respects to Rule 5 of the Rules Governing Section 2254 Cases, showing cause why a writ of habeas corpus should not issue. If Respondent contends that Petitioner has failed to exhaust state remedies as to any ground for relief asserted in the petition, Respondent shall specify what state remedy remains available to Petitioner. If Respondent waives or concedes the issue of exhaustion, Respondent shall so state in the answer.

(3) Petitioner may file a traverse responding to matters raised in the answer within thirty (30) days after receiving the answer.

(4) Unless otherwise ordered by the Court, the matter will be deemed submitted upon the filing of the traverse or upon the expiration of time to file a traverse.

DATED: 7/7/2010

_____
JEREMY FOGEL
United States District Judge

Case No. C 10-2411 JF
ORDER TO SHOW CAUSE
(JFLC2)