UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALI FOROUTAN,<br><br>                    Petitioner,<br><br>     v.<br><br>DOMINGO URIBE, JR., Warden,<br><br>                    Respondent. | Case No.: 5:10-cv-02411-LHK<br><br>ORDER GRANTING REQUEST FOR CLARIFICATION OF CLERK'S NOTICE SETTING MOTION HEARING |

The Court GRANTS Defendant's November 1, 2011 Request for Clarification of the Clerks' Notice Setting Motion Hearing Following Reassignment and hereby clarifies that Petitioner's Request for Oral Argument pursuant to Habeas Corpus Local Rule 2254-8 (ECF No. 18) is GRANTED, and oral argument on Petitioner's habeas petition is set for Thursday, December 8, 2011 at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: November 3, 2011

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1
Case No.: 5:10-cv-02411-LHK
ORDER GRANTING REQUEST FOR CLARIFICATION OF CLERK'S NOTICE SETTING MOTION HEARING