**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALI FOROUTAN, ) | Case No.: 5:10-cv-02411-LHK |
| ) | |
| Petitioner, ) | ORDER GRANTING UNOPPOSED |
| v. ) | MOTION FOR CONTINUANCE OF |
| ) | ORAL ARGUMENT |
| DOMINGO URIBE, JR., Warden, ) | |
| ) | |
| Respondent. ) | |
| ) | |

Petitioner's November 8, 2011 Unopposed Motion for Continuance of Oral Argument is GRANTED. Oral argument on Petitioner's habeas petition is hereby continued from December 8, 2011 at 1:30 p.m. to Thursday, February 2, 2012 at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: November 14, 2011

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1
Case No.: 5:10-cv-02411-LHK
ORDER GRANTING UNOPPOSED MOTION FOR CONTINUANCE OF ORAL ARGUMENT