UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALI FOROUTAN,<br><br>          Petitioner,<br>     v.<br><br>DOMINGO URIBE, JR., Warden,<br><br>          Respondent. | Case No.: 5:10-cv-02411-LHK<br><br>ORDER GRANTING UNOPPOSED MOTION FOR CONTINUANCE OF ORAL ARGUMENT |

Petitioner's November 8, 2011 Unopposed Motion for Continuance of Oral Argument is GRANTED.  Oral argument on Petitioner's habeas petition is hereby continued from December 8, 2011 at 1:30 p.m. to Thursday, February 2, 2012 at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: November 14, 2011

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1
Case No.: 5:10-cv-02411-LHK
ORDER GRANTING UNOPPOSED MOTION FOR CONTINUANCE OF ORAL ARGUMENT