UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALI FOROUTAN, | ) Case No.: 5:10-cv-02411-LHK |
| Petitioner, | ) ORDER GRANTING REQUEST FOR |
| v. | ) CERTIFICATE OF APPEALABILITY |
| DOMINGO URIBE, JR., Warden, | ) |
| Respondent. | ) |

On April 9, 2012, the Court issued an order denying Petitioner Ali Foroutan's ("Petitioner") Petition for Writ of Habeas Corpus, in which he raised one claim: that his life sentence violates his Eighth Amendment right against cruel and unusual punishment. *See* ECF No. 29. On April 23, 2012, Petitioner timely filed a Notice of Appeal and Request for Certificate of Appealability. *See* ECF No. 31.

Before Petitioner can appeal the Court's April 9, 2012 decision, a certificate of appealability ("COA") must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b). A COA may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). To make this "substantial showing," a petitioner "must demonstrate that the issues are debatable among jurists of reason; that a court could resolve the issues [in a different manner]; or that the questions are adequate to deserve encouragement to proceed further." *Barefoot v. Estelle*, 463 U.S. 880, 893 n.4 (1983) (alteration in original, internal

1

quotation marks omitted); *accord Slack v. McDaniel*, 529 U.S. 473, 484 (2000); *Towery v. Schriro*, 641 F.3d 300, 311 (9th Cir. 2010).  "A claim 'can be debatable even though every jurist of reason might agree, after the COA has been granted and the case has received full consideration, that petitioner will not prevail.'"  *Towery*, 641 F.3d at 311 (quoting *Miller-El v. Cockrell*, 537 U.S. 322, 338 (2003)).

For the reasons stated in the April 9, 2012 Order, the Court denied Petitioner's petition for writ of habeas corpus.  Nonetheless, because reasonable jurists could disagree about the resolution of Petitioner's Eighth Amendment claim, and furthermore because Petitioner raises constitutional questions deserving of further review, the Court hereby ORDERS that a certificate of appealability shall issue as to Petitioner's Eighth Amendment claim.  The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: May 8, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge