1
2
3
4
5
6
7
8
9
10

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALI FOROUTAN, | ) Case No.: 5:10-cv-02411-LHK |
| Petitioner, | ) ORDER GRANTING REQUEST FOR |
| v. | ) CERTIFICATE OF APPEALABILITY |
| DOMINGO URIBE, JR., Warden, | ) |
| Respondent. | ) |
| | ) |

On April 9, 2012, the Court issued an order denying Petitioner Ali Foroutan's ("Petitioner")

Petition for Writ of Habeas Corpus, in which he raised one claim: that his life sentence violates his

Eighth Amendment right against cruel and unusual punishment. *See* ECF No. 29.  On April 23,

2012, Petitioner timely filed a Notice of Appeal and Request for Certificate of Appealability.  *See*

ECF No. 31.

Before Petitioner can appeal the Court's April 9, 2012 decision, a certificate of

appealability ("COA") must issue.  28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).  A COA may issue

under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a

constitutional right."  28 U.S.C. § 2253(c)(2).  To make this "substantial showing," a petitioner

"must demonstrate that the issues are debatable among jurists of reason; that a court could resolve

the issues [in a different manner]; or that the questions are adequate to deserve encouragement to

proceed further."  *Barefoot v. Estelle*, 463 U.S. 880, 893 n.4 (1983) (alteration in original, internal

1

**United States District Court**
For the Northern District of California

1   quotation marks omitted); *accord Slack v. McDaniel*, 529 U.S. 473, 484 (2000); *Towery v. Schriro*,

2   641 F.3d 300, 311 (9th Cir. 2010).  "A claim 'can be debatable even though every jurist of reason

3   might agree, after the COA has been granted and the case has received full consideration, that

4   petitioner will not prevail.'"  *Towery*, 641 F.3d at 311 (quoting *Miller-El v. Cockrell*, 537 U.S. 322,

5   338 (2003)).

6        For the reasons stated in the April 9, 2012 Order, the Court denied Petitioner's petition for

7   writ of habeas corpus.  Nonetheless, because reasonable jurists could disagree about the resolution

8   of Petitioner's Eighth Amendment claim, and furthermore because Petitioner raises constitutional

9   questions deserving of further review, the Court hereby ORDERS that a certificate of appealability

10  shall issue as to Petitioner's Eighth Amendment claim.  The Clerk shall close the file.

11  **IT IS SO ORDERED.**

12

13  Dated: May 8, 2012

                                                    *Lucy H. Koh*

14                                       LUCY H. KOH
                                     United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2